# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

144941 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LOREN DEPREE GREENE,
        Defendant-Appellant.

SC: 144941
COA: 307894
Jackson CC: 04-001348-FC

_____/

On order of the Court, the application for leave to appeal the February 22, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to compel discovery is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

t1217